HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWO MEN AND A TRUCK/INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>T&S TRANSPORTATION, INC., et al.,<br><br>    Defendants. | CASE NO. C12-371RAJ<br><br>ORDER |

The court GRANTS the parties' motion (Dkt. # 36) for entry of a consent judgment and permanent injunction. The court directs the clerk to enter a judgment and injunction as the parties have proposed, and to terminate this case.

DATED this 13th day of September, 2012.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1